1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT FOR THE

7                      EASTERN DISTRICT OF CALIFORNIA

8

9  MICHAEL KEITH WILLIAMS,        )          No. CV-F-02-6302 REC/WMW HC
                                  )
10                                )          ORDER DISMISSING ACTION
                                  )          WITHOUT PREJUDICE AND
11                   Petitioner,  )          DIRECTING ENTRY OF JUDGMENT
                                  )          FOR RESPONDENT
12           vs.                  )
                                  )
13                                )
   D.L. RUNNELS,                  )
14                                )
                                  )
15                   Respondent.  )
                                  )
16  _____)

17      On November 19, 2004, the United States Magistrate Judge

18  recommended that the court dismiss this action because of

19  petitioner's failure to timely comply with a court order and to

20  prosecute this action.

21      On January 7, 2005, petitioner filed untimely objections to

22  the recommendation.

23      The court has reviewed the record in this action and concurs

24  with the recommendation.  Petitioner's contention that his

25  failure to comply with court orders is the fault of the

26  institution is without merit.  It is petitioner's obligation

                                   1

1  pursuant to Rule 83-183(b), Local Rules of Practice, to keep the

2  court advised of his current address.  In addition, the court

3  notes that petitioner has previously failed to timely comply with

4  court orders in this action.  Consequently, for the reasons set

5  forth herein and in the recommendation, which this court adopts,

6  the court concludes that this action be dismissed without

7  prejudice for failure to timely comply with court orders and to

8  prosecute.

9       IT IS SO ORDERED.

10  **Dated:  April 28, 2005**              **/s/ Robert E. Coyle**
    668554                           UNITED STATES DISTRICT JUDGE

2