IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL K. WILLIAMS, ) | No. CV-F-02-6302 REC/WMW HC |
| ) | |
| Petitioner, ) | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| vs. ) | |
| D.L. RUNNELS, ) | |
| Respondent. ) | |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated:  November 2, 2005**            /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

1