IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KEITH WILLIAMS, | 1:02-CV-06302-REC-WMW-HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION (Document #29) |
| D. L. RUNNELS, et al., | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 27, 2005 petitioner filed a motion for appointment of counsel. Inasmuch as petitioner's petition was dismissed by this court on April 29, 2005, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on July 13, 2005, the motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   December 14, 2005**            /s/  **William M. Wunderlich**
bl0dc4                                            UNITED STATES MAGISTRATE JUDGE